No. 769, Misc. ECKWERTH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 766, Misc. LAUGHTON *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 787, Misc. JENKINS *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *George H. Fust* for petitioner.

No. 853, Misc. KEITH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Nancy Carley* for petitioner. *Irving Anolik* for respondent.

No. 600, Misc. KING *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 707, Misc. ELLIS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Kingdon Gould, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 648, Misc. SCHLETTE *v.* HALBERT, JUDGE, ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit and for other relief denied.